Brad H. Bearnson (#3633)
Wayne K. Caldwell (#9466)
Aaron K. Bergman (#13147)
Braden W. Asper (#16775)
BEARNSON & CALDWELL, LLC
*Attorneys for Plaintiffs*
399 North Main, Suite 270
Logan, Utah, 84321
(435) 752-6300 - Telephone
(435) 752-6301 – Facsimile
Email: bbearnson@bearnsonlaw.com
Email: wcaldwell@bearnsonlaw.com
Email: abergman@bearnsonlaw.com
Email: basper@bearnsonlaw.com
*Please cc: pi.paralegal2@bearnsonlaw.com*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| RANDY MERRILL, an individual; ELIZABETH MERRILL, an individual; and RL-SALES, LLC, a Utah Limited Liability Company,<br><br>Plaintiffs,<br>vs.<br><br>SCOTTSDALE INSURANCE COMPANY, a Deleware corporation, d/b/a NATIONWIDE; and DOES I-X,<br><br>Defendants. | **MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBIT "A" OF PLAINTIFFS' RESPONSE TO [70] [75] SHORT FORM DISCOVERY MOTION ON INSURANCE DOCUMENTS, DOCUMENT [101]**<br><br>Case No: 2:20-CV-00064-DB-DAO<br>District Judge David Barlow<br>Magistrate Judge Daphne A. Oberg |

On March 11, 2021, Plaintiffs filed a Response to Defendant's Short Form Discovery Motion On Insurance Documents, [101], with an attached Exhibit A. Exhibit A of that response was submitted with redactions, protecting information identified by Plaintiffs as being confidential.

The exhibit includes multiple references to Plaintiffs' current insurers, including the name of an insurance agent. Plaintiffs' rely upon the continued existence of liability insurance to support

Page 1

their business practices as an internet retailer of batteries. See *Plaintiffs' Motion to Seal as Confidential Documents Filed with the Court* [91]. Interference with Plaintiff's insurance coverage can have an immediate and harmful effect on their business operations. (*id*.) As such, Plaintiffs have designated information relating to their current and ongoing insurance providers as confidential to protect the business operations of RL-Sales, LLC.

Therefore, Plaintiffs seek leave to file Exhibit A of Plaintiffs' Response to Defendant's Short Form Discovery Motion On Insurance Documents [101] under seal.

DATED this 12th day of March, 2021.

                                                              BEARNSON & CALDWELL

                                                /s/Aaron K. Bergman___
                                                Aaron K. Bergman
                                                *Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of March, 2021, a copy of the foregoing **MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBIT "A" OF PLAINTIFFS' RESPONSE TO [70] [75] SHORT FORM DISCOVERY MOTION ON INSURANCE DOCUMENTS, DOCUMENT [101]** was served on the following named person(s) via Email at the addresses shown below:

Byron G. Martin
STRONG & HANNI
bmartin@strongandhanni.com
*Attorneys for Defendant Sottsdale Insurance Company, d/b/a Nationwide*

                                                /s/Kenny Glodo
                                                Paralegal